# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Anthony Brodzki,

    Plaintiff

v.

Metro Las Vegas Police,

    Defendant

Case No.:  2:25-cv-02639-APG

**Order**

Anthony Brodzki has been deemed a vexatious litigant and is not permitted to file any more lawsuits in this district. ECF No. 1-3. Brodzki has filed an application to proceed in forma pauperis (IFP) attaching a letter that I will treat as a proposed complaint. ECF No. 1. The proposed complaint raises the same allegations and issues that were the basis of the previous vexatious litigant order. *Compare* ECF No. 1-1 *with* ECF No. 1-3. Thus, Brodzki's proposed complaint is barred, and I deny his application for IFP status as moot.

I THEREFORE ORDER that Brodzki's application to proceed in forma pauperis **(ECF No. 1) is denied**. The clerk of court is instructed to close this case.

Dated: January 27, 2026

_____
Andrew P. Gordon
Chief United States District Judge